Ms. Sandra Clark - the Clerk
District Court
#101# U.S. Court House
#521# Starr Street
Corpus Christi, Texas #78401#

Case 2:00-cv-00095   Document 1   Filed in TXSD on 02/29/2000   Page 1 of 10

United States District Court
Southern District of Texas
FILED
FEB 29 2000
MICHAEL N. MILBY, CLERK

"Request"

C-00-095

Ms. Sandra Clark

I'm asking in all do Respect, Requesting at this time that you and your court's officials step in on this matter and file this Petition for a Writ of Habeas Corpus. By a Person in State Custody because my Constitution right's of the United States of America as been violated in the Texas Department of Texas Prison's my 2th and 8th and 14th Amendment Constitution Right's has been violated by the Psychiatry, Psychology's and Doctor and Clinical's Administrative and the Supervisor's and C.O.o III officer's Employee's Administrative. Staff security violated my Right's I'm asking in all do Respect to Please respond within 30 day's. Any Consideration given in this matter's will be sincerely Appreciated.

Thank you for your Assistance!

At this McConnell Unit, #3001# South Emily Drive in Beeville, Texas #78102#

— Attch Page 1 of 10 9 —

C.C.

In the United States District Court
for the Southern District of Texas
Corpus Christi Division,

Petition for a Writ of Habeas Corpus By a Person in State Custody,

Curtis V Pruitt #808186#　　　　　* In the Judicial District
"Plaintiff"
　　　・vs.・　　　　　　　　　　　* Case Number#
Doctor-Psychologys, Ms. Pesebhay　* Confinement of McConnell Un
Clinical-Act III-M.C. Ray, Lauren　* County of Corpus Christi Txs
Clinical-Sec III- Mr. Fox, Damon
Head Warden Senior-Mr. Prasifka, Thomas
II Warden-Mr. Simpson, Troy
III Warden-Mr. Hodges
Major-Mr. Jackson, N
Major-Mr. M
Grievance Investigator-Mr. Nesom, William
Disciplinary Captain-Mr. Rios, Carlos
Sergeant-Mr. Martinez,
Sergeant-Mr. Michael, Husse
CoDo III officer-Mr. Puryer, James
CoDo III officer-Mr. Kels Phillip
CoDo III officer-Ms. Saldana, Mary
CoDo III officer-Ms. Tolbret, Shania
CoDo III officer-Ms. Martinez, Kimberly
CoDo III officer-Ms. Barrios, Richael
CoDo III officer-Ms. Odom, Denise
Director-Executive, Mr. Wayne Scott
Deputy-Executive, Mr. Art Mosley
　　　"Defendant's"

Attch Page from Complaints on Staff and Psychiatrist Administrative Psychologys

1#) Complaints on Staff Administrative and Psychiatrist Administrative Psychologi(
Mr. Wayne Scott and Ant Mosley is the Director of Texas Department of Criminal Justice. Institutional Division of Texas Prisons. T.D.C.J-ID at P.O. Box #99. Huntsville. Texas #77342-0099#

2#) I'm filing this Complaint's on the Administrative Staff and Administrative Psychiatrist Psychologys and Clinicals at this McConnell Unit #3001# South Emily Drive in Beeville, Texas #78102#

3#) These are the Head Supervisor's that are Employes by Mr. Wayne Scott, the Executive Director, Senior Warden Mr. Prasifka. Thomas, II Warden-Mr. Simpson. Troy, III Warden-Mr. Hodges, Internal Affairs Mr. Nssom. William, Major-Mr. Jackson. N

4#) These are the ranking Supervisor's on this McConnell that Let these C.O.o III officer's violated these PD-21 and PD-22 Employee's Manual Rules and Regulations Policys and writ false disciplinary report's. sergeant-Mr Martinez. Noel and Sergeant-Mr. Huske. Michael and the Disciplinary-Captain-Mr. Rios. Carlos.

Attch Page (#2 of 9)

Attach Page from Complaints on Staff and Psychiatrist Administrative Psychologys

5.#) These are the CoDo-III officer's on this McConnell Unit, that be violated these on PD-21 and PD-22 Policys for Employees Manual Rules and Regulations, and writeing false disciplinary Report's on Inmate's. see Hawkins-vs-Dileory #729 F-Supp #600, 602 2 N.D.III. 1990) #1 CoDoIII Ms. Barrio Rachael, #2 CoDoIII Ms. Tolbiet, Shana #3 CoDoIII Ms. Martinez, Kimberly and #4 CoDoIII Mr. Vil P         #5 CoDoIII P           #6 Sergeant Mr. Husser, Michael and #7 CoDoIII Ms. Saldana Mary,

6.#) These Ranking Supervisors and they CoDoIII officer's Employees violated the Governed Federal rules and Law's because they violated these on PD-21 and PD-22 these on Employees Manual Rules and Regulations Policy's that Mr. Wayne Scott the Executive Director have wrote and put his name and Signature on it?

Attch Page 2 #3 of 9 )

Attch Page from Complaints on Staff and Pyschiatrist Administrative Pyschologys

7.#) The Grievances Procedures doesn't work down here in the Texas Persons, because when you file a complaint on any of these T.D.C.J-ID Employees. It's always been denied, because the Grievances Investigator ask the CoDo III officer's and there Supervisor's about what a inmate file on them, and all they have to say is no, and all our allegations be denied. It's always that the Employees in the Right, and inmates in the WRONG.

8.#) You have sever inmate's has file sever complaints on these prison guards and they supervisor's refuses to investigate these officer's behavior. see Harvey-vs-City of Chicago #742 F.Supp #994-998-1002 (N.D.III 1990) failure to discipline officer's that resulted in further abusive behavior by them.

9.#) Taylor-vs-Buff #218 Cal Rptr at #252# citing Cal. Govt Code §#821# (government Employees) are Immune for failures to comply with state jail and prison's minimum standards.

Attch Page [#4] of #9 )

Attah Page from Complaints on Staff and
Psychiatrist Administrative Psychologys

10.#) Depew -vs- City of St. Marys Ga
#787# F2d #1496, 1499# [11th Cir 1986]
Inadequate investigation of complaints against
officer's.

11.#) These defendant's failure to do their
job. was so likely to result in
violation of my Constitutional Right's is delib-
erately Indifferent. Hill -vs- Marshall #962# F2d
#1209, 1214# [6th Cir #1992]

12.#) The Supreme Court has described
deliberate indifference as a state
of mind and evidence of prison personnels right's
Farmer -vs- Brennan #114# S.Ct 1980-81 Civil Right's
violation.

13.#) These officer's tell these other
employee's about me to turn
them against me. I have not had any problem
from these officer's until now because I
file a Grievance complaints against these
Defendant's employee's. So they start Harassing
Retaliating on me. And writing false disciplinar
Report's against me.

Attah Page's [5 of 9]

Attch Page from Complaints on Staff and Psychiatrist Administrative Psychologys

#14) I had Supervisor's and C.O. III officer's employee's tell me that I'm going to learn to keep my mouth closed before I want see my family and love one's any more. because what goes on at this stay's on this unit.

#15) I come to this McConnell Unit for a new start and try to get my S#3 or S#1 where I can get in school and college prep. I can't do this with these C.O. III employee's writing me false disciplinary report's because me and this hispanic's sergeant Martinez. Noel threatened each other and I been having problem's out of the Administrative's on this McConnell Unit.

#16) I have been trying to talk with the Psychiatrist Administrative Psychologys. Doctor Presbrey all she did was take me off my Prescribed medications such as Chloropromazine 100 mg and Benztropine mes 4 tablets and Trazodone 100 mg tablets, I was sent back to Close Custody because of my Aggressive behavior and Psychiatrist personal problems.  Attch Page 2 #6 of #9 )

Attch Page from Complaints on Staff and Psychiatrist Administrative Psychologys

17#. I tried to talk to Psychiatrist Administrative Psychologys Clinicals Acc. III Ms. Ray Lauren and Sec. III Clinicals Mr. Fox.D. about my Medications. I used this medication for my Anti-Depressant and Aggressive Behavior and Stress and Hyperarousal in my brain a sort of chronic stress response that can't turn off and that makes it difficult for me to sleep and eat.

18#. I have file Complaints on this McConnell Unit Psychiatrist Administrative Psychologys and Clinicals for lack of policies and procedures Inadequate Psychiatric. my 8th and 14th Amend'ments Psychiatric Therapy and Treatments Rights been violated by this Psychiatrist McConnell Unit Department.

19.#. This is why I ask in all do Respect to be Transferred to a better unit like Skyview see Montford Psychiatric Units. Where I can adjust and recive better proper Treatment, Therapy and proper conditions and be put back on my Prescribed Medications.

Thank you for your Assistance!

Respectfully Submitted
Curtis V. Pruitt #808186#
Curtis V. Pruitt
McConnell Unit #7 bldg
Beeville, Texas #78102#

Attch Page 2# of 9

Attch Page from Complaints on Staff and Psychiatrist Administrative Psychologys

## Certificate of Services

On the ___ day of _____ #2000. A True and Correct copy's of the foregoing Petition for Writ of Habeas Corpus, By a Person in State Custody, I the plaintiff in this Complaints is necessary aquire documents that I'm send you with this Complaints such as Grievance form and I-160 request's and sick called requests that I file on these defedant's and they all have been denied.

    I do certify that the above foregoing Complaints of Application is a true and correct Description and that I am indigent and unable to secure any Monies to pre-pay cost.

    Subscribed and Sworn to before me this the 24th day of Feb #2000 signed.

Curtis V. Pruitt #808186
Signature of Plaintiff

I hereby certify the plaintiff herein the sum of # _____ on account to his/her credit at the institution where he/she is Confined.

Attch Page 8 of 9
Certificate of Services

Attch Page of Complaints on Staff and
Psychiatrist Administrative Psychology's

Attch of Certificate of Service

_____

I further Certify that the Plaintiff Likewise has the following Securities to his/her Credit According to the Records of said ___McConnell___, Unit Institution.

Authorized Officer of Institution
Signature ___Julia L Long___
NOTARY PUBLIC

Attch Page End 2 #9 of 9
Certificate of Service