C-00-095

United States District Court
Southern District of Texas
FILED

FEB 29 2000

MICHAEL N. MILBY CLERK

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE            02/24/00
ML18/SEN9611              IN-FORMA-PAUPERIS DATA                      13:47:14
TDCJ#: 00808186  SID#: 03321576  LOCATION: MCCONNELL       INDIGENT DTE: 00/00/00
NAME: PRUITT,CURTIS VAUGHN                  BEGINNING PERIOD: 08/01/99
PREVIOUS TDCJ NUMBERS: 00529253 00584977
CURRENT BAL:           26.74  TOT HOLD AMT:        0.00  3MTH TOT DEP:    151.53
6MTH DEP:             171.53  6MTH AVG BAL:       50.00  6MTH AVG DEP:     28.59
MONTH  HIGHEST BALANCE  TOTAL DEPOSITS    MONTH  HIGHEST BALANCE  TOTAL DEPOSITS
01/00      58.70             0.33         10/99      15.29              0.00
12/99     118.29             0.00         09/99      20.00             20.00
11/99     157.56           151.20         08/99      64.33              0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF _Bee_
ON THIS THE _24th_ DAY OF _Feb 2000_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

*Julia Z. Lopez*

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002

3.