IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 3 1 2000
Michael N. Milby
Clerk of Court

| | |
|---|---|
| CURTIS V. PRUITT | § |
| | § |
| V. | § C.A. NO. 00-95 |
| | § |
| MS. PEERBHOY, ET AL. | § |

## NOTICE OF POWER TO CONSENT

Your case has been referred to the Honorable B. Janice Ellington, United States Magistrate Judge of the United States District Court for the Southern District of Texas, Corpus Christi Division, for pretrial preparation. You are further advised that you have the power to consent to have Magistrate Judge Ellington try your case. 28 U.S.C. § 636(c). If you consent, Magistrate Judge Ellington will be enabled to consider all matters placed before her, including the power to convene and conduct trial by jury with appeal directly to the Court of Appeals for the Fifth Circuit. The Court has confidence in Magistrate Judge Ellington's abilities to consider and promptly hear your case.

If you desire to exercise your power of consent to trial before the magistrate judge, please sign the enclosed consent form and return it within fifteen (15) days.

ORDERED this ___31___ day of ___March___, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CURTIS V. PRUITT | § § | |
| V. | § § | C.A. NO. 00-95 |
| MS. PEERBHOY, ET AL. | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Under 28 U.S.C. § 636(c), the parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. The United States Magistrate Judge has the authority to conduct trials by jury, and the parties understand that they are not waiving their rights to a trial by jury by this consent to proceed before a United States Magistrate Judge. Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. § 636 (c)(3).

SIGNATURE OF PLAINTIFF(S):                    SIGNATURE OF DEFENDANT(S):

_____                _____

_____                _____

_____                _____

## ORDER OF REASSIGNMENT

Upon the consent of the parties, it is ordered that this matter is assigned to the Honorable B. Janice Ellington, United States Magistrate Judge, to conduct all further proceedings, including final judgment.

_____                _____
DATE                                          UNITED STATES DISTRICT JUDGE