United States District Court
Southern District of Texas
ENTERED

APR - 5 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CURTIS V. PRUITT | § | 1. |
| | § | |
| V. | § | C.A. NO. C-00-95 |
| | § | |
| MS. PEERBHOY, ET AL. | § | |

## ORDER TO SHOW CAUSE

On March 8, 2000, plaintiff was ordered to file an application to proceed in forma pauperis, or pay the required filing fee of $150.00 within 20 days (D.E. 4). He was advised that failure to pay the filing fee, as required under 42 U.S.C. § 1983, may result in dismissal of his lawsuit pursuant to Fed.R.Civ.P. 41(b). To date, plaintiff has not paid the filing fee, nor has he filed a completed application to proceed *in forma pauperis*, accompanied by a copy of his trust fund account statement certified by a prison official.

Plaintiff is ordered to show cause why his claims should not be dismissed for want of prosecution. Plaintiff is advised that, to proceed with this suit, he must pay the filing fee or file an application to proceed *in forma pauperis*. Failure to comply within twenty (20) days from the date of this order may result in dismissal of this action.

ORDERED this \_\_\_3\_\_\_ day of \_\_\_\_April\_\_\_\_, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

1