United States District Court
Southern District of Texas
ENTERED
JUN 1 6 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CURTIS V. PRUITT | § | |
| | § | |
| V. | § | C.A. NO. C-00-95 |
| | § | |
| MS. PEERBHOY, ET AL. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff is incarcerated in the Texas Department of Criminal Justice-Institutional Division. Proceeding *pro se*, plaintiff filed a civil rights complaint (D.E. 1) under 42 U.S.C. § 1983 alleging that defendants violated his constitutional rights.

For the reasons discussed below, it is recommended that plaintiff's claims be dismissed for want of prosecution under Fed. R. Civ. P. 41(b).

### I. JURISDICTION

The Court has federal question jurisdiction. 28 U.S.C. § 1331.

### II. DISCUSSION

On March 8, 2000, plaintiff was ordered to file an application to proceed *in forma pauperis*, or pay the required filing fee of $150.00 within 20 days. D.E. 4. He was advised that failure to pay the filing fee or file the application, as required by 42 U.S.C. § 1983, may result in dismissal of his lawsuit pursuant to Fed.R.Civ.P. 41(b). On April 5, 2000, plaintiff was ordered to show cause within 30 days why his action should not be dismissed for failure to prosecute, because he had not paid the filing fee or filed an application to proceed *in forma pauperis*. D.E. 7. To date, plaintiff has not responded to any of the Court's orders.

1

Accordingly, it is recommended that plaintiff's claims be dismissed for want of prosecution.

## III. RECOMMENDATION

For the foregoing reasons, it is recommended that plaintiff's claims be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

RESPECTFULLY SUBMITTED this 15 day of June, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

2

## **NOTICE TO PARTIES**

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **TEN (10) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1)(C) and Article IV, General Order No. 80-5, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within TEN (10) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. Douglass v. United Services Auto Ass'n, 79 F.3d 1415 (1996) (en banc).