*United States District Court*
*Southern District of Texas*
**ENTERED**

**JUN 1 3 2001**

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CURTIS V. PRUITT | § | |
| | § | 9. |
| VS. | § | CIVIL ACTION NO. C-00-95 |
| | § | |
| MS. PEERBHOY, ET AL. | § | |

## ORDER OF DISMISSAL

On June 15, 2000, the Magistrate Judge filed her Memorandum and Recommendation regarding plaintiff's complaint. After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, this Court finds no clear error in the Magistrate Judge's Memorandum and Recommendation. *Douglas v. United States Automobile Association*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's claims are dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

ORDERED this _11_ day of _June_, 2001.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE