IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CURTIS V. PRUITT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-95 |
| | § | |
| MS. PEERBHOY, ET AL. | § | |

**FINAL JUDGMENT**

A final judgment is entered dismissing plaintiff's claims without prejudice.

ORDERED this ___11___ day of ___June___, 2001.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE